UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD WHITE, | : |
| Petitioner, | : |
| v. | : No. 5:16-cv-03895 |
| THE DISTRICT ATTORNEY OF THE COUNTY OF LANCASTER and THE ATTORNEY GENERAL OF THE STATE OF PA, | : |
| Respondents. | : |

# **O R D E R**

**AND NOW**, this 26th day of January, 2018, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** Petitioner's Motion for relief from judgment, or in the alternative, reconsideration, ECF Nos. 12-13, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge